UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**TEXTRON FINANCIAL CORPORATION,** a
Delaware corporation,

    Plaintiff,

 vs.                                    CASE NO. 2:09-cv-00086-JES-SPC

**SPORTBOATS MARINE, INCORPORATED,**
a Florida corporation, and **JOHN S. KRAY,**
individually,

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Plaintiff TEXTRON FINANCIAL CORPORATION ("TEXTRON"), by and through its undersigned counsel, hereby serves its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to this Court's February 13, 2009 *Interested Persons Order for Civil Cases* (Dkt. #7):

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Pursuant to *Fed. R. Civ. P.7.1,* TEXTRON hereby states that it is a publicly-held corporation. TEXTRON does not have any parent corporation, and no publicly traded company holds more than 10% of its shares.

        Textron, Inc. (parent corporation)

        Textron Financial Corporation

        Attorneys for Plaintiff: James E. Foster and Kelly J.H. Garcia - Akerman Senterfitt

        Sportboats Marine, Inc.

        John S. Kray

2.	The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None Known.

3.	The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the credits' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None Known.

4.	The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Textron Financial Corporation

    **I hereby certify** that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict. I further certify that I have inserted "None Known" if I am aware of no actual or potential conflict of interest.

    Dated: February 19, 2009.

Respectfully submitted,

By: /s/ Kelly J.H. Garcia
James E. Foster, Esq.
Florida Bar No.142015
Email: james.foster@akerman.com
Kelly J.H. Garcia, Esq.
Florida Bar Number: 694851
Email: kelly.garcia@akerman.com

**AKERMAN SENTERFITT**
Post Office Box 231
420 South Orange Avenue
Suite 1200
Orlando, FL 32802-0231
Phone: (407) 423-4000
Fax: (407) 843-6610
Email: james.foster@akerman.com
Email: kelly.garcia@akerman.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via Process Server upon all defendants, along with the Complaint, Summons, Motion for Temporary Restraining Order, Motion for Emergency Break Orders, Motion for Order to Issue Pre-Judgment Writ of Replevin, Related Case order and Track Two Notice, Interested Persons Order for Civil Cases, Order Denying Motion for Temporary Restraining Order, and Notice of Pendency of Other Actions.

                                      /s/ Kelly J.H. Garcia
                                      Kelly J.H. Garcia, Esq.